IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN H. LOVELACE JR.**                                                                                      **PLAINTIFF**

v.                              **Case No. 4:21-cv-00614-KGB**

**S & D COFFEE AND TEA, INC.**                                                                           **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff John H. Lovelace Jr.'s complaint is dismissed consistent with the terms of the Order (Dkt. No. 2). The Court denies the requested relief.

So ordered this 30th day of August, 2022.

_____
Kristine G. Baker
United States District Judge